1

2

3                          UNITED STATES DISTRICT COURT

4                          EASTERN DISTRICT OF CALIFORNIA

5

6    KENNETH R. ALLEN,                        No.  1:15-cv-01413-BAM  HC

7                    Petitioner,              ORDER DIRECTING RESPONDENT
                                              TO RESPOND TO MOTION
8          v.

9    K. SANTORO,

10                  Respondent.               **(Doc. 9)**

11

12         Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus

13   pursuant to 28 U.S.C. § 2254.  On November 23, 2015, Respondent filed a motion to dismiss the

     petition.  Doc. 8.  On November 25, 2015, Petitioner filed a motion in the nature of a motion for
14
     default judgment (Doc. 9), seeking a decision in his favor based on Respondent's failure to file a
15
     response within sixty days of the Court's September 21, 2015, order.
16
           Respondent is hereby ORDERED to file a response to the Petitioner's motion for default
17
     judgment within ten days of this order.  The Court will then take Petitioner's motion under
18
     submission.
19
     IT IS SO ORDERED.
20

21      Dated:   __**November 30, 2015**__          ___/s/ *Barbara A. McAuliffe*___
22                                              UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

                                                 1